1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 JAN -7 AM 11: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. '08 CV 0035 DMS WMc |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| ONE 2002 MERCEDES BENZ C32, CA LICENSE NO. 5WFJ559, VIN WDBRF65JX2F226748, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

   By way of complaint against the defendant, One 2005 Mercedes Benz C32 (hereinafter "defendant vehicle"), the United States of America alleges:

   1.   This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

   2.   Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant vehicle was found within this district.

   3.   In January 2007, Imperial County Narcotic Task Force officers received information from a cooperating individual ("CI") that Pablo Gomez Avelar was involved in narcotic sales. Officers had previously been investigating Avelar being involved in money laundering and narcotic sales. The CI agreed to introduce an undercover agent to Avelar. In March 2007, agents set up two separate undercover narcotic purchases from Avelar. On one occasion, the undercover agent purchased 1.7 grams of methamphetamine from Avelar, who had delivered the narcotics while driving the defendant

2007V00587:DMM:mia

1 | vehicle. On the second occasion Avelar also used the defendant vehicle to deliver 2.8 grams of
2 | methamphetamine to an undercover agent.
3 |      In August of 2007 the Imperial County grand jury handed down an indictment for Avelar,
4 | charging him with narcotic sales and money laundering charges. On August 14, 2007, Avelar was
5 | arrested pursuant to the warrant issued. During an interview with officers after being read his Miranda
6 | rights, Avelar admitting to selling methamphetamine from the defendant vehicle approximately 200
7 | times.
8 |     4.   On and/or prior to August 14, 2007, the defendant vehicle was a thing of value furnished
9 | or intended to be furnished in exchange for a controlled substance or listed chemical in violation of
10 | Title 21 of the United States Code, Section 881.
11 |     5.   Alternatively, on and/or prior to August 14, 2007, the defendant vehicle represented the
12 | proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in
13 | violation of Title 21 of the United States Code, Section 881.
14 |     6.   Alternatively, on and/or prior to August 14, 2007, the defendant vehicle was used and
15 | was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt,
16 | and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the
17 | United States Code, Section 881(a)(4).
18 |     7.   Because of the aforementioned acts or uses alleged herein, either singly or in
19 | combination, the defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code,
20 | Section 881(a)(6) and (a)(4).
21 |     8.   The defendant vehicle is presently stored within the jurisdiction of this Court.
22 |     9.   The value of the defendant vehicle is approximately $20,375.00.
23 | //
24 | //
25 | //
26 |
27 |
28 |

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: January 7, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERIFICATION

I, John Moreno, hereby state and declare as follows:

1. I am an officer with the Imperial County Narcotic Task Force

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on _January 3rd 2008_

_____
JOHN MORENO, Task force Officer
Imperial County Narcotic Task Force

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

**DEFENDANTS**

ONE 2002 MERCEDES BENZ C32

FILED
2008 JAN -7 AM 11:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (IF KNOWN)**

'08 CV 0035 DMS WMc

**II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)**

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 355 Motor Vehicle Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor | ☐ 870 Taxes (U.S. or Defendant) | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See JUDGE                                          Docket Number

DATE 1/7/08   1-7-08

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA   For
Mary C. Lundberg SAUSA