| | |
|---|---|
| 1  KAREN P. HEWITT<br>   United States Attorney<br>2  DAVID M. McNEES<br>   Special Assistant U.S. Attorney<br>3  California State Bar No. 216612<br>   Federal Office Building<br>4  880 Front Street, Room 6293<br>   San Diego, California 92101-8893<br>5  Telephone: (619) 557-5979<br>   E-mail: david.mcnees@usdoj.gov | FILED<br><br>2008 JAN -7 AM 11:39<br><br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY_____KNH_____DEPUTY |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ONE 2002 MERCEDES BENZ C32,<br>CA LICENSE NO. 5WFJ559,<br>VIN WDBRF65JX2F226748,<br>ITS TOOLS AND APPURTENANCES,<br><br>   Defendant. | Civil 08 CV 0035 DMS WMc<br><br>EX PARTE MOTION TO APPOINT<br>THE U.S. MARSHAL<br>AS CUSTODIAN |

COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendant vehicle upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. The United States Marshals Service has been staffed with personnel experienced in providing for the management of properties such as the defendant vehicle in this case.

2. The United States Marshal has consented to assume responsibility for the protection and safety of the defendant vehicle during the period the same remains in custodia legis.

3. The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant vehicle.

1     WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be
2 permitted in this case and that this motion be granted.

3     DATED: January 7, 2008

                              KAREN P. HEWITT
                              United States Attorney

                              DAVID M. McNEES
                              Special Assistant U.S. Attorney