FILED
08 JAN 10 PM 2: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2002 MERCEDES BENZ C32,<br>CA LICENSE NO. 5WFJ559,<br>VIN WDBRF65JX2F226748,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendant. | Civil No. '08 CV 0035 DMS WMc<br><br>ORDER APPOINTING<br>U.S. MARSHAL AS<br>CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: 1-10-08

_____
UNITED STATES DISTRICT JUDGE