PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2002 MERCEDES BENZ C32,<br>CA LICENSE NO. 5WFJ559,<br>VIN WDBRF65JX2F226748,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　Defendant. | Civil No. 08 CV 0035 DMS WMc<br><br>WARRANT FOR ARREST<br>IN ACTION IN REM |

TO:  UNITED STATES MARSHAL
     SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 JAN 11 AM — U.S. MARSHAL SOUTHERN DIST OF CALIF

　　　YOU ARE HEREBY COMMANDED to attach the defendant,

　　　ONE 2002 MERCEDES BENZ C32, CA LICENSE NO. 5WFJ559,
　　　VIN WDBRF65JX2F226748, ITS TOOLS AND APPURTENANCES,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States and sold pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

　　　YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED: JAN 1 0 2008

　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., Clerk

　　　　　　　　　　　　　　　　　　　By___L ODIERNO____ (SEAL)

(SEAL)

FILED
08 JAN 10 PM 2:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE 2002 MERCEDES BENZ C32, ) <br> CA LICENSE NO. 5WFJ559, ) <br> VIN WDBRF65JX2F226748, ) <br> ITS TOOLS AND APPURTENANCES, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 08 CV 0035 DMS WMc <br><br> ORDER APPOINTING <br> U.S. MARSHAL AS <br> CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: 1-10-08

_____
UNITED STATES DISTRICT JUDGE