# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                    Plaintiff,<br><br>vs<br><br>One 2002 Mercedes Benz C32 CA License No. 5WFJ559, VIN WDBRF65JX2F226748, Its Tools and Appurtenances<br><br>                                    Defendant, | **Civil No.**   08CV0035-DMS-WMC<br><br>**DEFAULT** |

   It appears from the records in the above entitled action that the original Complaint filed on 1/7/08 has been regularly served upon potential claimants; and it appears from the records herein that each of the claimants has failed to plead or otherwise defend in said action as required by the Federal Rules of Civil Procedure.  Now, therefore, DEFAULT is hereby entered against:

All Potential Claimants
and
One 2002 Mercedes Benz C32 CA License No. 5WFJ559, VIN WDBRF65JX2F226748,
Its Tools and Appurtenances

**Entered On:**   4/14/08                                        W. SAMUEL HAMRICK, JR., CLERK

                                        By:       s/L Odierno
                                                      Deputy